No. 00–6285. McDONALD v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6319. SANTIAGO v. BARBO, ADMINISTRATOR, NORTHERN STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–6331. NUNN v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6332. CHAPMAN v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 00–6341. FERDINAND v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–6344. DeJESUS-MEJIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6362. MORRIS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–6388. MERANDA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6434. CARR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–6435. APONTE v. UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 00–6450. HORNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6454. BOLDEN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–6470. PATTERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–6473. STANDIFUR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.